AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:25-mj-00091 |
| ELIAS RODRIGUEZ | ) Assigned To: Judge Sharbaugh, Matthew J. |
| | ) Assign. Date: 5/22/2025 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of May 21, 2025 in the county of Washington in the District of Columbia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1116 | - Murder of Foreign Officials |
| 18 U.S.C. § 924(j) | - Causing the Death of a Person Through the Use of a Firearm |
| 18 U.S.C. § 924(c)(1)(A)(iii) | - Discharge of a Firearm During a Crime of Violence |
| D.C. Code § 22–2101 | - First Degree Murder (two counts) |

This criminal complaint is based on these facts:

See attached statement of facts.

☐ Continued on the attached sheet.

*Complainant's signature*

SA Christina Hagenbaugh, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 05/22/2025

*Judge's signature*

City and state: Washington D.C.   Matthew J. Sharbaugh, United States Magistrate Judge
*Printed name and title*