Case 1:25-mj-00091-MJS   Document 1

Case: 1:25-mj-00091
Assigned To: Judge Sharbaugh, Matthew J.
Assign. Date: 5/22/2025
Description: COMPLAINT W/ARREST WARRANT

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Christina Hagenbaugh, being duly sworn, depose and state as follows:

## INTRODUCTION

1.  I make this affidavit in support of a criminal complaint charging **Elias Rodriguez** ("**RODRIGUEZ**") with violations of 18 U.S.C. § 1116 (Murder of Foreign Officials); 18 U.S.C. § 924(j) (Causing the Death of a Person Through the Use of a Firearm); 18 U.S.C. § 924(c)(1)(A)(iii) (Discharge of a Firearm During a Crime of Violence); and D.C. Code § 22–2101 (First Degree Murder).

2.  The facts set forth in this affidavit are based on information that I have obtained from my personal involvement in the investigation and from other law enforcement officers who have been involved in this investigation, on documents that I have reviewed, and on my training and experience. Where I have reported statements made by others or from documents that I have reviewed, those statements are reported in substance and in part, unless otherwise indicated.

3.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint, and it does not set forth all of my knowledge about this matter.

## AGENT BACKGROUND

4.  I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I have been a Special Agent with the Federal Bureau of Investigation (FBI) since September 2016. I am currently assigned to the FBI's Washington Field Office. I have training and experience in the preparation, presentation, and service of criminal complaints and arrest and search warrants and have been

involved in the investigation of numerous types of offenses, including crimes of terrorism (domestic and international), crimes against children and fraud.

## VENUE

5. Acts in furtherance of the offenses alleged herein occurred within the District of Columbia. *See* 18 U.S.C. § 3237.

## PROBABLE CAUSE

6. On May 21, 2025, RODRIGUEZ shot and killed two individuals outside of 575 3rd St., Northwest, Washington, DC, which is site of the Capital Jewish Museum ("the Museum"). The Museum was hosting an event related to Jewish diplomatic and business relations, hosted by the American Jewish Committee, that aimed to "bring together Jewish young professionals and the D.C diplomatic community." The event was attended by several members of the United States-based Israeli diplomatic mission.

7. On Wednesday, May 21, 2025, at approximately 9:08 pm, members of the Metropolitan Police Department's (MPD) First District were dispatched to investigate a shooting at the intersection of 3rd and F Streets, Northwest, Washington D.C. Upon the officers arriving at the scene, the officers observed Decedent-1 and Decedent-2 suffering from gunshot wounds.

8. Decedent-1, identified as Sarah Milgrim, was employed by the Embassy of Israel in Washington, D.C. The preliminary review of Decedent-1's remains showed that she suffered multiple gunshot wounds to the body. Decedent-1 was transported from the scene by the District of Columbia's Fire and Emergency Medical Services (DCFEMS) to the Office of the Chief Medical Examiner for the District of Columbia (OCME). Decedent-1 was pronounced dead at 9:35 pm by DCFEMS members under the authority of DCFEMS Dr. Vitburg. The results of the autopsy of Decedent-1 are pending.

9.     Decedent-2, identified as Yaron Lischinsky, was employed by the Embassy of Israel, in Washington, D.C. Decedent-2 was pronounced deceased dead by DCFEMS members on the scene under the authority of DCFEMS Dr. Vitburg at 9:14 pm. Decedent-2 remained on the scene during the initial processing and until members of the OCME conducted their preliminary investigation of his remains. The results of the autopsy of Decedent-2 are pending.

10.     Decedent-2 was an Israeli citizen. According to the Department of State, Decedent-2, based on his official visa, was an "official guest" of the United States government.

11.     Upon arriving at the scene, MPD Officer-1 canvassed the area for cameras and observed several affixed to the Museum. Officer-1 and his partner (Officer-2) entered the building to inquire about the cameras and identify witnesses. Once inside, RODRIGUEZ asked to speak with the officer. RODRIGUEZ then stated that he "did it" and that he was unarmed. RODGRIQUEZ was taken into custody and identified by Illinois Driver's license and Firearms Owner's Identification Card as Elias A Rodriguez.

12.     RODRIGUEZ spontaneously stated on scene to MPD, "I did it for Palestine, I did it for Gaza, I am unarmed." RODRIGUEZ was holding a red scarf identified by one witness as a "Kaffiyeh." As MPD officers were escorting RODRIQUEZ from the Museum, he shouted "Free Palestine."

13.     On scene, multiple witnesses were identified and interviewed. Witness-1 (W-1) stated that W-1 was outside of the Jewish Museum sitting in a car when W-1 saw a male, later identified as RODRIGUEZ, wearing a blue hooded raincoat and a backpack, attempting to light a cigarette in the rain. W-1 found the Defendant's behavior strange, and it captured W-1's attention. Prior to the shooting, W-1 saw four people walking out of the Jewish Museum and, soon after, W-1 heard gunshots. W-1 ducked down and, after the gunshots ceased, looked again. W-1 saw that

RODRIGUEZ motioning as if he was attempting to shoot the firearm, but it was not firing. RODRIGUEZ then ran away. W-1 observed RODRIGUEZ motion with his arm as if he was throwing an object. W-1 later explained that Police located a firearm in the vicinity of where W-1 observed RODRIGUEZ make the throwing motion.

14. After MPD arrived, W-1 observed police officers walk RODRIGUEZ out of the Museum. W-1 commented to MPD that the person they had in custody was the same guy W-1 observed during the shooting. However, during a subsequent interview, Witness-1 stated that he W-1 was 70 percent certain that RODRIGUEZ was the same person, but that W-1 was certain the backpack and the jacket were what the assailant was wearing.

15. On scene, MPD officers were able to review surveillance video from immediately before and during the shooting that captured the exterior of the Museum. In summary, the video shows a slim build person, wearing a blue jacket with a hood, a large dark-colored backpack, blue pants, and light-colored shoes, consistent with the clothing worn by RODRIGUEZ, walking across F Street, Northwest, in the direction of the Museum, and where the decedents were standing, preparing to enter the crosswalk. Once RODRIGUEZ walked past the decedents and two witnesses, he turned to face their backs and brandished a firearm from the area of his waistband. RODRIGUEZ is captured on the video extending both his arms in the direction of the decedents and firing several times, as indicated by the muzzle flashes. Once the decedents fell to the ground, RODRIGUEZ is captured on the video advancing closer to the decedents, leaning over with them with his arm extended, and firing several more times. As Decedent-1 attempted to crawl away from RODRIGUEZ, he followed behind her and fired again. After a brief moment, RODRIGUEZ appeared to reload his firearm. At the same time, Decedent-1 sat up. Once he reloaded, RODRIGUEZ fired several times at Decedent-1. RODRIGUEZ is then captured jogging back in

the direction of 3rd Street, NW, and southbound in the direction of where the entrance to the Museum is located.

16. D.C. Department of Forensic Sciences (DFS) members responded to the scene for processing. They recovered numerous items of evidence, which included twenty-one expended 9mm cartridge casings, a firearm magazine, and a 9mm handgun with its slide locked, indicating that no ammunition was remaining, and an empty magazine.

17. The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) provided a trace summary report of the 9mm handgun recovered from the scene and determined that RODRIGUEZ purchased the firearm on March 6, 2020, in the state of Illinois.

18. During an interview with MPD detectives, after having been advised of his *Miranda* rights and after waiving them, RODRIGUEZ expressed admiration for the actions of an individual who self-immolated in front of the Israeli Embassy in Washington, D.C., on February 25, 2024, as a form of protest intended to draw attention to the Israeli-Palestinian conflict. RODRIGUEZ described this person's actions as courageous and labeled him a "martyr." Rodriguez also stated that he had purchased a ticket to the event at the Museum approximately three hours prior to its commencement.

## RODRIGUEZ's TRAVEL

19. According to airline records provided by United Airlines, on May 20, 2025, RODRIGUEZ flew from Chicago O'Hare Airport in Illinois to Reagan National Airport in Virginia. Additionally, according to records provided by United Airlines, RODRIGUEZ declared and flew with a firearm in his checked baggage. Thus, RODRIGUEZ crossed state lines with a firearm.

## CONCLUSION

6.  Based on facts described above, there is probable cause to believe that **ELIAS RODRIGUEZ** violated 18 U.S.C. § 1116 (Murder of Foreign Officials); 18 U.S.C. § 924(j) (Causing the Death of a Person Through the Use of a Firearm); 18 U.S.C. § 924(c)(1)(A)(iii) (Discharge of a Firearm During a Crime of Violence); and D.C. Code § 22–2101 (First Degree Murder).

### REQUEST TO SUBMIT WARRANT BY TELEPHONE
### OR OTHER RELIABLE ELECTRONIC MEANS

7.  I respectfully request, pursuant to Rules 4.1 and 41(d)(3) of the Federal Rules of Criminal Procedure, permission to communicate information to the Court by telephone in connection with this Application for an Arrest Warrant. I submit that Assistant U.S. Attorney Christopher Tortorice, an attorney for the United States, is capable of identifying my voice and telephone number for the Court.

Respectfully submitted,

Christina Hagenbaugh
Special Agent
Federal Bureau of Investigation

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 on May 22, 2025

MATTHEW SHARBAUGH
UNITED STATES MAGISTRATE JUDGE