UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ELIAS RODRIGUEZ,**<br><br>    Defendant. | Case No. 1:25-MJ-00091 |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Jeffrey Nestler is entering his appearance in the above-captioned matter as counsel for the United States.

        Respectfully submitted,

        JEANINE FERRIS PIRRO
        UNITED STATES ATTORNEY

By: */s/ Jeffrey Nestler*
    JEFFREY NESTLER
    Assistant United States Attorney
    DC Bar Number 978296
    United States Attorney's Office
    601 D Street NW
    Washington, DC 20530
    Telephone: 202-252-7277
    Email: jeffrey.nestler@usdoj.gov