# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 25-mj-91 (MJS) |
| v. : | |
| : | |
| ELIAS RODRIGUEZ, : | |
| : | |
| Defendant. : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Christopher T. Tortorice who may be contacted by telephone at (202) 252-7155 or by e-mail at Christopher.Tortorice@usdoj.gov, is entering his appearance as counsel for the United States.

Date: May 30, 2025				Respectfully submitted,


				By:  /s/ Christopher Tortorice
				Christopher Tortorice
				Assistant United States Attorney
				Texas Bar No. 24048912
				National Security Section
				601 D Street, N.W.,
				Washington, D.C. 20530
				Office: (202) 252-7155
				Christopher.Tortorice@usdoj.gov