UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELIAS RODRIGUEZ,<br><br>Defendant. | Case No. 1:25-mj-00091 |

### ORDER

Upon the government's motion to continue the date by which an indictment must be filed under 18 U.S.C. § 3161(b), and the defense's consent to the relief requested in that motion, the Court finds that the ends of justice served by continuing the date by which an indictment must be until August 8, 2025, outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

One reason the ends-of-justice continuance is warranted is because the "the facts upon which the grand jury must base its determination are unusual or complex." 18 U.S.C. § 3161(h)(7)(B)(iii).

The Court also sets a status hearing for August 8, 2025 at 12:00 PM.

Date: June 11, 2025

_____
HONORABLE ZIA M. FARUQUI
MAGISTRATE JUDGE