UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
| v.   ) | No. 1:25MJ91 |
| ) | |
| ELIAS RODRIGUEZ   ) | |
| ) | |

## NOTICE OF ENTRY OF APPEARANCE

Eric K. Klein of Johnson & Klein, PLLC, hereby enters his appearance as court-appointed counsel on behalf of Defendant Elias Rodriguez in the above captioned case.

DATED this 20th day of June 2025.

           Respectfully submitted,

           JOHNSON & KLEIN, PLLC

           *s/ Eric K. Klein*
           Eric K. Klein, Colo. Bar #42185
           5398 Manhattan Circle
           Boulder, CO  80303
           Telephone: (303) 444-1885
           Facsimile:   (866) 340-8286
           eklein@johnsonklein.com
           *Attorney for Elias Rodriguez*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 20, 2025, I filed a copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                         <u>*s/ Holly Koehler*</u>
                                         Holly Koehler